**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1301**

CARLOS EDWARD MARTIN,

Plaintiff - Appellant,

and

TASHIANA ANITA MARTIN,

Plaintiff,

v.

LEON LOTT, as Representative for the Office of the Richmond County Sheriff's Department; DEPUTY BEN FIELDS, in his individual capacity as deputy with the Richland County Sheriff's Department; DEPUTY JOSEPH CLARK, in his individual capacity as deputy with the Richland County Sheriff's Department,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:07-cv-03782-JFA)

Submitted:  December 30, 2010        Decided:  January 18, 2011

Before WILKINSON and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carlos Edward Martin, Appellant Pro Se. William Henry Davidson, II, Robert David Garfield, Kristy Markay Grafton, Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Edward Martin appeals the district court's order granting summary judgment in part to defendants on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Lott, No. 3:07-cv-03782-JFA (D.S.C. Feb. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED